1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKEY CHRISTIAN,                          No. 2:06-cv-1806-MCE-KJM-P

12           Petitioner,

13       v.                                      ORDER

14   KUMA J. DEBOO, Warden,

15           Respondent.

16   _____/

17       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20       On February 9, 2007, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within twenty days.  No objections to the

23   findings and recommendations have been filed.

24       Although it appears from the file that petitioner's copy of  the findings and

25   recommendations were returned, petitioner was properly served.  It is the petitioner's

26   responsibility to keep the court apprised of his current address at all times.

Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 9, 2007, are adopted in full; and

2.  This action is dismissed without prejudice.

Dated:  April 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2